JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LEE; JAYMILLE LEE<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY a/k/a SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 09-06264 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANT |

On December 22, 2010, the court entered an order granting the motion for summary judgment filed by defendant First National Insurance Company. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs Ryan and Jaymille Lee take nothing by way of their complaint against First National Insurance Company;

2. That the action be, and it hereby is, dismissed; and

3. That defendants recover their costs of suit herein.

DATED: December 22, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE